MARK LAPHAM (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Attorney for Creditor CHESTER CHEUNG

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

SUZANE HOO LEE,

      Debtor.

Case No.: 13-31784 HLB
Chapter 13

NOTICE OF SUBSTITUTION OF ATTORNEY

TO THE COURT, TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

Creditor CHESTER CHEUNG hereby substitutes MARK LAPHAM (SBN 146352) as his attorney of record, in place of DENNIS YAN, Esq. (SBN 257854).

The contact information for MARK LAPHAM, Esq. (SBN 146352) is:

MARK LAPHAM (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
marklapham@sbcglobal.net

Submitted by:
I consent to the above substitution:
October 4, 2013
/s/ Chester Cheung
Creditor

I consent to the above substitution:
October 4, 2013
/s/ MARK LAPHAM

I consent to the above substitution:
October 4, 2013
/s/ Dennis Yan

- 1