Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Attorney for creditor Chester Cheung

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

SUZANNE HOO LEE,

    Debtor.

Case No: 13-31784 HLB

Chapter 13

CREDITOR CHESTER CHEUNG'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

No hearing set.

Creditor CHESTER CHEUNG, through his attorney MARK LAPHAM, hereby files this response to Debtor's objection to claim.

## I. STATEMENT OF RELEVANT FACTS

Creditor is an older gentleman in his 80's. He has limited English skills and was enticed by debtor into providing personal loans to debtor evidenced by the support documents to the claim filed in this case. Debtor is an alter ego of the numerous entitles that she and her son Darren Lee had formed. There are currently two pending lawsuits in the San Francisco Superior Court that relates to the claim herein where debtor and creditor are parties. They are as follows:

Case Number: CGC 13 529121

Title: CHESTER CHEUNG VS. DARREN LEE et al

In that case, debtor is a named defendant. The Court is asked to take judicial notice of the complaint filed in that state court action attached hereto as Exhibit A.

//

- 1

Case Number: CGC 11-511722

Title: CHESTER CHEUNG VS. DARREN LEE et al

In that case, debtor is a cross-complainant as well as a cross-defendant. The Court is asked to take judicial notice of the complaint and cross-complaint in that state court action attached hereto as Exhibit B and C, respectively.

## II. OPPOSITION TO DEBTOR'S OBJECTION TO CLAIM

Creditor opposes Debtor's request to the Court to disallow creditor's claim. Debtor's liability on creditor's claim cannot be resolved until the related state court actions are litigated. Creditor therefore asks the Court to deny debtor's request to disallow creditor's claim, or in the alternative, remove the state court actions to be tried in this court.

Date: October 30, 2013

/s/MARK LAPHAM
Attorney for Creditor