Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Attorney for creditor Chester Cheung

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

SUZANNE HOO LEE,

    Debtor.

Case No: 13-31784 HLB

Chapter 13

NOTICE OF ADDRESS CHANGE

TO THE COURT, U.S. TRUSTEE, AND ALL INTERESTED PARTIES:

    EFFECTIVE IMMEDIATELY, the mailing address for creditor CHESTER CHEUNG is as follows:

CHESTER CHEUNG
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612

Date: January 23, 2014

/s/ CHESTER CHEUNG

Creditor

- 1