1  DAVID A. BOONE - State Bar No. 74165
   LAW OFFICES OF DAVID A. BOONE
2  1611 The Alameda
   San Jose, California 95126
3  Telephone (408) 291-6000
   Facsimile (408) 291-6016
4
   Attorneys for Debtor
5

**Signed and Filed: February 27, 2014**

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| SUZANNE HOO LEE ) | CASE NO. 13-31784 HLB |
| ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ORDER DISMISSING CASE**

**GOOD CAUSE APPEARING** and upon request of the Debtor, herein pursuant to 11 U.S.C. §1307(b), there being no opposition, it is hereby ordered that the above-entitled case is dismissed without prejudice.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST