# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  SUZANNE HOO LEE

Case No.:  13-3-1784 HLB

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  08/06/2013.
2)  The plan was confirmed on  NA.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was dismissed on  02/27/2014.
6)  Number of months from filing or conversion to last payment: 5.
7)  Number of months case was pending: 7.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  177,500.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,200.00 |
| Less amount refunded to debtor: | $1,200.00 |
| **NET RECEIPTS:** | $.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |

Attorney fees paid and disclosed by debtor:          $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLIANCEONE INC | Unsecured | 300.00 | NA | NA | .00 | .00 |
| ALLIED CREDIT/ALLIANCE ONE | Unsecured | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL - DEPT OF JUSTI | Other | NA | NA | NA | .00 | .00 |
| BRIDGEPORT FINANCIAL | Unsecured | 108.00 | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEP | Other | NA | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEP | Priority | 23,020.32 | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEP | Unsecured | 63,104.90 | NA | NA | .00 | .00 |
| CBA COLLECTION BUREAU | Unsecured | 190.00 | NA | NA | .00 | .00 |
| CHESTER CHEUNG | Other | NA | NA | NA | .00 | .00 |
| CHESTER CHEUNG | Other | NA | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Other | NA | NA | NA | .00 | .00 |
| COUNTY OF SAN MATEO TAX COLLECT | Unsecured | NA | NA | NA | .00 | .00 |

Case: 13-31784     Doc# 55     Filed: 04/16/14     Entered: 04/16/14 08:48:30     Page 1 of 4

UST Form 101-13-FR-S (9/1/2009)

0050-1B-EPIF1B-00030918-153843

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:  SUZANNE HOO LEE                                    Case No.:  13-3-1784 HLB

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FRANCHISE TAX BOARD | Other | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | 4,540.11 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | 4,700.00 | NA | NA | .00 | .00 |
| GERMAN MOTORS COLLISION CENTER | Unsecured | 500.00 | NA | NA | .00 | .00 |
| GERNS, ADAMS & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| INNOVATIVE COLLECTIONS | Unsecured | 67.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Other | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 88,487.07 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | 48,993.70 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 63.98 | NA | NA | .00 | .00 |
| LAW OFFICE OF LAWRENCE D. MILLER | Other | NA | NA | NA | .00 | .00 |
| LAW OFFICES OF SAUL M. FERSTER | Other | NA | NA | NA | .00 | .00 |
| MARTIN E. HARBAND, TRUSTEE | Unsecured | 88,000.00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICE | Secured | 749,572.05 | NA | NA | .00 | .00 |
| OFFICE OF THE UNITED STATES TRUST | Other | NA | NA | NA | .00 | .00 |
| ROBERT P GATES | Unsecured | 6,634.62 | NA | NA | .00 | .00 |
| UNIVEST CAPITAL, INC | Unsecured | 35,641.70 | NA | NA | .00 | .00 |

Case: 13-31784    Doc# 55    Filed: 04/16/14    Entered: 04/16/14 08:48:30    Page 2 of 4

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: SUZANNE HOO LEE                                              Case No.: 13-3-1784 HLB

　　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US ATTORNEY - CHIEF, TAX DIVISION | Other | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   03/31/2014                           By:   /s/David Burchard
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT

Northern District of California

IN RE:                                          CASE NO:

  SUZANNE HOO LEE                          13-3-1784 HLB

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document:  Trustee's Final Report and Account

Dated:  04/16/2014

                                  /s/
                                  Cecilia Marcelo
                                  Closed Case Administrator

DAVID A BOONE
LAW OFFICES OF DAVID A BOONE 1611 THE ALAMEDA SAN JOSE, CA 95126

SUZANNE HOO LEE
366 BLUEFISH COURT SAN MATEO, CA 94404